**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01652-BNB

THOMAS HOWELL,

    Applicant,

v.

TIMME, and
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant filed a Motion for Service by United States Marshal, ECF No. 14. The Motion for service is DENIED as unnecessary.

Dated: August 21, 2012